UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 98-14015 -CR-RYSKAMP

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JUAN LOUIS CADENA- SOSA

Defendant.

_____/

## ORDER OF RECUSAL

**THIS CAUSE** came before the Court on its own motion. Pursuant to Local Rule 3.6, the undersigned finds that is necessary in the interests of justice to recuse himself from presiding over the above styled case. Accordingly, it is

**ORDERED and ADJUDGED** that this case is referred to the Clerk of Court for permanent reassignment to another judge in accordance with the blind assignment system.

**DONE and ORDERED** in West Palm Beach, this _3/_ day of March, 2008.

KENNETH L. RYSKAMP
UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 98-14015-CR-RYSKAMP

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

JUAN LOUIS CADENA-SOSA, et al.,

       Defendants.

                                      /

## CLERK'S ORDER OF REASSIGNMENT

THIS MATTER is before the Clerk of Court upon Senior United States District Judge Kenneth L. Ryskamp's Order of Recusal , filed March 31, 2008.

Therefore, in accordance with the Local Rules for the Southern District of Florida, providing for the random and equal allotment of cases, this cause is hereby reassigned to the calendar of **United States District Judge Jose E. Martinez.**

Copies of this Order shall be served on all pending parties of record by electronic transmission. All documents for filing in this case shall carry the following case number and designation:

### 98-14015-CR-MARTINEZ/LYNCH

By Order of Court, this 1st day of April, 2008.

**STEVEN M. LARIMORE**
Court Administrator•Clerk of Court

/s/ Michael W. Beck
By: _____
     Deputy Clerk

c:    U.S. District Judge Martinez
      U.S. District Judge Ryskamp
      U.S. Magistrate Judge Lynch
      Edward Sieber, Statistical Analyst
      All counsel of record/pro se parties